THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTIE DAWSON et al., Respondents, *v.* EDWIN DUFFEY, as State Commissioner of Highways, Appellant.

*People ex rel. Dawson* v. *Duffey*, 177 App. Div. 949, affirmed.
(Argued June 5, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1917, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the state commissioner of highways to take proceedings to acquire by condemnation the rights and easements of the relators in the highway known as East Main street or state road No. 6 in the town of Batavia, Genesee county, N. Y., necessary and required for the purpose of carrying out the provisions of sections 90, 91 and 92 of the Railroad Law in connection with the change or abolishment of the crossing at grade of said East Main street or state road No. 6 over the New York Central railroad tracks.

*Merton E. Lewis, Attorney-General (Edward C. Griffin* of counsel) for appellant.

*Frank W. Williams* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.